FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2022 DEC 13 PM 3: 42

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RICKY E. BENNETT,

Defendant.

8:22CR169

SECOND SUPERSEDING
INDICTMENT
18 U.S.C. § 2422(b)
18 U.S.C. § 2252(a)(4)(B) & (b)(2)

The Grand Jury charges that

## COUNT I

Between or about July 20, 2021, and November 3, 2021, in the District of Nebraska, defendant RICKY E. BENNETT, did use a facility and means of interstate commerce to knowingly attempt to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a criminal offense, namely sexual assault of a child in violation of Neb. Rev. Stat. § 28-319.01 and Neb. Rev. Stat. § 28-320.01.

In violation of Title 18, United States Code, Section 2422(b).

## COUNT II

On or about November 3, 2021, in the District of Nebraska, defendant RICKY E. BENNETT, did knowingly possess and access with intent to view one or more computer file and other matter which contained an image of child pornography, including image of children under the age of 12 years old, the production of such visual depiction having involved the use of a minor engaging in sexually explicit conduct and such visual depiction being of such conduct, and said computer files and other matter had been shipped or transported in interstate commerce by any means, including by computer.

1

In violation of Title 18, United States Code Section 2252(a)(4)(B) and (b)(2).

A TRUE BILL.



FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

Kelli L. Ceraolo
Assistant U.S. Attorney

2