## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

United States of America,

Plaintiff,

vs.

Ricky E. Bennett

Defendant.

CASE NO. 8:22 cr 169

WAIVER OF PERSONAL
APPEARANCE AT ARRAIGNMENT
AND ORDER

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)   The defendant affirms receiving a copy of the *second* superseding indictment *Doc No 45*;

(2)   The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)   The defendant pleads not guilty to all counts of the superseding indictment.

JLT
REB

_____
Defendant

_____
Attorney for Defendant

12/15/22
_____
Date

December 15, 2022
_____
Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __15__ day of __December__, 20__22__.

BY THE COURT:

Susan M Bazis
_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT