IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:22CR169 |
| vs. | GOVERNMENT'S MOTION *IN LIMINE* TO ADMIT EVIDENCE PURSUANT TO FED. R. EVID. 404(b) and 414 |
| RICKY E. BENNETT, | |
| Defendant. | |

COMES NOW, Kelli L. Ceraolo, Assistant United States Attorney, on behalf of the United States of America, and moves this Court *in limine* to conditionally admit the testimony of A.E. The Government asserts the evidence is admissible for the following reasons:

1. The evidence is admissible pursuant to Federal Rule of Evidence 414 because testimony would constitute evidence of prior child molestation and the charges in this cause include child molestation as defined in Rule 414(d)(2).

2. The evidence is admissible pursuant to Federal Rule of Evidence 404(b) because the testimony would prove motive, intent, preparation, plan, knowledge, identity, and absence of mistake.

3. The Government has provided notice of its intent to offer this evidence to defense counsel in writing more than 15 days prior to trial.

A factual proffer of the anticipated testimony and legal argument are set forth in the Government's brief in support of this motion, to be filed separately.

WHEREFORE, the Government moves the Court for an order *in limine* conditionally admitting the testimony of A.E. in the Government's case-in-chief.

UNITED STATES OF AMERICA, Plaintiff

SUSAN T. LEHR
Acting United States Attorney
District of Nebraska


By:    *s/ Kelli L. Ceraolo*
        KELLI L. CERAOLO, MN #0398049
        Assistant U.S. Attorney
        1620 Dodge Street, Ste. 1400
        Omaha, Nebraska  68102
        Tel: (402) 661-3700
        Fax: (402) 661-3084
        E-mail: kelli.ceraolo@usdoj.gov


## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: N/A.


s/ Kelli L. Ceraolo
Assistant U.S. Attorney