IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

RICKY E. BENNETT,

          Defendant.

8:22CR169

MOTION TO RESTRICT

COMES NOW the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and moves this Court to restrict the Government's Brief in Support of Motion in Limine regarding the above-captioned defendant.

UNITED STATES OF AMERICA, Plaintiff

Sincerely,

SUSAN LEHR
Acting United States Attorney
District of Nebraska

By:    s/ Kelli L. Ceraolo
KELLI L. CERAOLO, MN #0398049
Assistant U.S. Attorney
1620 Dodge Street, Ste. 1400
Omaha, Nebraska 68102
Tel: (402) 661-3700
Fax: (402) 661-3084
E-mail: kelli.ceraolo@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on December 8, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: N/A.

                            <u>s/ Kelli L. Ceraolo</u>
                            Assistant U.S. Attorney