IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:22CR169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION TO RESTRICT** |
| v. | ) | |
| | ) | |
| RICKY E. BENNETT, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant intends to file a *"Brief in Opposition to Plaintiff's Motion in Limine "* which contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act.

RICKY E. BENNETT, Defendant,

By:____s/ Jeffrey L. Thomas_____
**JEFFREY L. THOMAS**
**First Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE  68102
(402) 221-7896
e-mail: jeff_thomas@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Kelli L. Ceraolo, Assistant United States Attorney, Omaha, NE.

____s/ Jeffrey L. Thomas_____