# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:22CR169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DEFENDANT'S OBJECTIONS TO** |
| v. | ) | **RPSR** |
| | ) | |
| RICKY E. BENNETT, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant will ask that the Court approve his plea agreement and sentence him accordingly but for the record, objects to the RPSR as follows:

1.    The Defendant objects to all factual assertions that he had any in-person encounter or any physical contact with J.D.  See, e.g., RPSR at ¶¶ 27, 36-37, 42.  The Defendant moves that all such allegations be stricken.

2.    The Defendant objects to all factual assertions of sexual abuse on A.E.  See, e.g., RPSR at ¶¶ 38, 42.  The Defendant moves that all such allegations be stricken.

WHEREFORE, the Defendant respectfully moves that the Court grant his objections to the RPSR and order all such content stricken.

RICKY E. BENNETT, Defendant,

By:     s/ Jeffrey L. Thomas
**JEFFREY L. THOMAS**
**First Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
Phone: 402- 221-7896
Email: jeff_thomas@fd.org