IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:22CR169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO RESTRICT** |
| | ) | |
| | ) | |
| RICKY E. BENNETT, | ) | |
| | ) | |
| Defendant. | ) | |

The Defendant intends to file a *"Motion for Designation Recommendation"* which contains personal information about him and is protected from public viewing in accordance with the law.

WHEREFORE, the Defendant requests the Court grant an order allowing him to file the above-referenced document restricted pursuant to the E-Government Act.

Dated this 11th day of June 2024.

RICKY E. BENNETT, Defendant,

By:     s/ Jeffrey L. Thomas
**JEFFREY L. THOMAS**
**First Assistant Federal Public Defender**
222 South 15th Street, Suite 300N
Omaha, NE 68102
Phone: 402- 221-7896
Fax: 402-221-7884
Email: Jeff_Thomas@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Sean P. Lynch
Assistant United States Attorney
Omaha, NE 68102

s/ Jeffrey L. Thomas